UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEVORY W. HICKMON, Sr.,

Plaintiff,

-vs-                                                    Case No. 6:06-cv-397-Orl-18KRS

SEMINOLE COUNTY CLERK'S OFFICE,

Defendant.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| MOTION: | APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2) |
|---|---|
| FILED: | March 29, 2006 |

On March 29, 2006, Plaintiff Levory W. Hickmon, Sr., filed a complaint against the "Seminole County Clerk's Office." Doc. No. 1. Hickmon also filed an application under 28 U.S.C. § 1915 to proceed without prepayment of fees. Doc. No. 2.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court is required to consider whether Hickmon's complaint is frivolous, malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. *See also* Local Rule 4.07; *Mitchell v. Farcass*, 112 F.3d 1483, 1491 n.1 (11th Cir. 1997) (Lay, J., concurring) ("Section 1915(e) applies to all [*in forma pauperis*] litigants –